**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6835

RODERICK DENNIS FOLKS,

Plaintiff - Appellant,

versus

VAUGHN JACKSON; WILLIAM L. MARTIN; TERRILL
CANNON, SR.; RALPH PORCHER; WAYNE RICHARDSON;
EDWARD SHROPSHIRE; K. B. TAYLOR; WILLIAM
BLOCKER; SANDRA F. STANLEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-97-2338-2-20-AJ)

Submitted: September 30, 1998      Decided: October 15, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roderick Dennis Folks, Appellant Pro Se. Andrew Frederick Linde-
mann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roderick Dennis Folks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Folks v. Jackson, No. CA-97-2338-2-20-AJ (D.S.C. May 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2